**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHIA-HUI CHANG** *et al.* | : | |
| *Plaintiffs & Appellees* | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-6033** |
| | : | |
| **LILJANA SINOJMERI** *et al.* | : | |
| *Defendants* | : | |
| | : | |
| | : | |
| **MARIO MARTINEZ AGUILA** | : | |
| *Appellant* | : | |

## ORDER

This 15th day of July, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the orders of the presiding Bankruptcy Judge that are the subject of this appeal are **AFFIRMED** in all respects, and this matter is **REMANDED** to the United States Bankruptcy Court for the Eastern District of Pennsylvania.

 /s/ Gerald Austin McHugh
United States District Judge